John W. Remer, as Trustee in Bankruptcy of Corner Broadway-Maiden Lane, Inc., Appellant, v. 170 Broadway Holding Corporation et al., Defendants, and City Bank Farmers Trust Company et al., Respondents.

(Argued May 28, 1936; decided July 8, 1936.)

444

*Howard C. Kelly* for appellant.

*Edwin W. Cooney* and *Elmer J. Hoare* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.